1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CENTURY 21 REAL ESTATE, LLC,          No.  2:10-cv-2751 WBS GGH

12                Plaintiff,               Consolidated with Case Nos.

13        v.                               2:10-cv-2846 WBS GGH and

14   ALL PROFESSIONAL REALTY, INC., et     2:11-cv-2497 WBS GGH
     al.,
15                Defendants.              ORDER

16

17        On June 18, 2013, the magistrate judge filed findings and recommendations herein which

18   were served on the parties and which contained notice that any objections to the findings and

19   recommendations were to be filed within fourteen days.  No objections were filed.

20        Accordingly, the court presumes any findings of fact are correct.  See Orand v. United

21   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

22   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

23   1983).

24        The court has reviewed the applicable legal standards and, good cause appearing,

25   concludes that it is appropriate to adopt the Findings and Recommendations in full.

26   /////

27   /////

28   /////

                                    1

1        Accordingly, IT IS ORDERED that the Findings and Recommendations filed June 18,

2  2013, are ADOPTED and defendants' claim of exemption, filed January 15, 2013, (doc. no. 149),

3  and referred to the undersigned by order of February 4, 2013, (doc. no. 171), is hereby DENIED.

4  Dated:  July 19, 2013

5

6  WILLIAM B. SHUBB
  UNITED STATES DISTRICT JUDGE

7

8  Century21.2751.jo

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28